IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

        Petitioner,

v.                                        CIVIL ACTION NO.: CV512-032

C. MAYE, Warden, and
THURBERT BAKER, Attorney
General,

        Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Franklin Williams ("Williams") contends that the Magistrate Judge has a narrow focus of procedural bars governing second or successive petitions under 28 U.S.C. § 2254 and did not consider the meritorious issues raised to overcome these bars. Williams also contends that the Magistrate Judge treated him as a lawyer, as he did not allow Williams the leeway afforded to *pro se* litigants.

There is no merit to Williams' contention that the Magistrate Judge held him to the same standards as an attorney. If this were true, the Magistrate Judge would likely recommend to the undersigned that heavy sanctions be imposed upon Williams due to the seemingly endless barrage of frivolous causes of action he has filed with this Court.

AO 72A
(Rev. 8/82)

The Magistrate Judge has not done so, presumably because Williams is a *pro se* litigant.

Equally without merit is Williams' assertion that he has presented meritorious issues so that he can overcome the procedural bars governing the filing of section 2254 petitions. The Magistrate Judge recounted Williams' litigation history, and the undersigned's review of this history reveals that Williams has set forth the same allegations for several years. While Williams may couch his allegations in different terms from petition to petition, the relief Williams seeks remains the same. Thus, Williams' relief is procedurally barred.

Williams' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of August, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA